# United States Bankruptcy Court
**Northern District of Alabama**

In re __PBD Construction, LLC__     Case No. __20-80341__
Debtor(s)     Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __PBD Construction, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February 4, 2020__
Date

__Tazewell T. Shepard ASB-4962-S68T__
Signature of Attorney or Litigant
Counsel for __PBD Construction, LLC__
**Sparkman, Shepard & Morris, P.C.**
**303 Williams Avenue, Suite 1411**
**Huntsville, AL 35801**
**256-512-9924 Fax:256-512-9837**
**taze@ssmattorneys.com**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy