# United States Bankruptcy Court
## Northern District of Alabama

In re  **PBD Construction, LLC**
_____
                              Debtor(s)

Case No. _____

Chapter    **7**_____

# AMENDED STATEMENT REGARDING AUTHORITY TO SIGN
# AND FILE PETITION

I, **David Clarke**, declare under penalty of perjury that I am the **Member** of **PBD Construction, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 4th day of February, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Clarke**, **Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Clarke**, **Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Clarke**, **Member** of this Corporation is authorized and directed to employ **Tazewell T. Shepard ASB-4962-S68T**, attorney and the law firm of **Sparkman, Shepard & Morris, P.C.** to represent the corporation in such bankruptcy case."

Date  February 7, 2020
_____

Signed  /s/ David Clarke
_____
                               **David Clarke**

Amended Resolution of Board of Directors

of

**PBD Construction, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Clarke, Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Clarke, Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Clarke, Member** of this Corporation is authorized and directed to employ **Tazewell T. Shepard ASB-4962-S68T**, attorney and the law firm of **Sparkman, Shepard & Morris, P.C.** to represent the corporation in such bankruptcy case.

Date  February 7, 2020                    Signed  **/s/ David Clarke**

Date  _____            Signed  _____